John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Michael Goldberg,*
*Trustee of the PFI Trust*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtor. | Case No. 20-30604<br><br>(Jointly Administered)<br><br>Chapter 11 |
| Michael Goldberg, Trustee of the PFI Trust,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Adv. Proc. No. 26-03039<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Matthew Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On August 25, 2026, I caused to be served the following document in the manner stated below:

- **COMPLAINT REGARDING TURNOVER OF FEDERAL TAX REFUND PURSUANT TO (11 U.S.C. § 542(b)**
- **ADVERSARY PROCEEDING COVER SHEET**
- **ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE**
- **SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING**

| | |
|---|---|
| ☐ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **August 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☒ | (BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On **August 25, 2026**, under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 25, 2026 at San Francisco California.

*/s/ Matthew Renck*
Matthew Renck

**TO BE SERVED VIA CERTIFIED U.S. MAIL:**

| | | |
|---|---|---|
| United States Department of Justice<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 84102 | Todd Blanche, U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Internal Revenue Service<br>Attn:CC:PA<br>1111 Constitution Avenue, N.W.<br>Washington, D.C. 20224 |